JS-6

1  TRACY L. WILKISON
   United States Attorney
2  DAVID M. HARRIS
3  Assistant United States Attorney
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Trial Attorney, Civil Division
6  STACY WIESBROCK, CSBN 257920
7  Special Assistant United States Attorney
8        Social Security Administration
9        160 Spear St., Suite 800
         San Francisco, CA  94105
10       Telephone: (510) 970-4865
11       Facsimile: (415) 744-0134
         Email: stacy.wiesbrock@ssa.gov
12 Attorneys for Defendant

13              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
14                   WESTERN DIVISION
15

16 LAURA LYNN CARROLL,                    )  No. 2:21-cv-9639-KK
                                          )
17        Plaintiff,                      )
                                          )  **JUDGMENT OF REMAND**
18        v.                              )
                                          )
19 KILOLO KIJAKAZI,                       )
20 Acting Commissioner of Social          )
   Security,                              )
21                                        )
                                          )
22        Defendant.                      )
                                          )

23        The Court having approved the parties' Stipulation to Voluntary Remand

24 Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

25 ("Stipulation") lodged concurrent with the lodging of the within Judgment of

26 Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

27 above-captioned action is remanded to the Commissioner of Social Security for

28 further proceedings consistent with the Stipulation to Remand.

1   DATED:  April 8, 2022

                          HON. KENLY KIYA KATO

2                           UNITED STATES MAGISTRATE JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28